UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:25-cv-00652-WBS-CSK
No. 2:25-cv-00654-WBS-CSK
No. 2:25-cv-00656-WBS-CSK
No. 2:25-cv-00657-WBS-CSK
No. 2:25-cv-00658-WBS-CSK
No. 2:25-cv-00659-WBS-CSK
No. 2:25-cv-00675-WBS-CSK
No. 2:25-cv-00677-WBS-CSK
No. 2:25-cv-00679-WBS-CSK

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
3  the Court to open a new case for each attempted new pleading and assign it to the Court for
4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8      Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00652, 2:25-cv-00654, 2:25-cv-
9  00656, 2:25-cv-00657, 2:25-cv-00658, 2:25-cv-00659, 2:25-cv-00675, 2:25-cv-00677 and 2:25-
10  cv-00679 are DISMISSED; the Clerk of the Court is directed to close these cases.  No further
11  filings will be accepted.

12  Dated:  March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2